UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 23 2018 ★
BROOKLYN OFFICE

| | |
|---|---|
| BLIMA KRAUS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, LP<br><br>Defendant. | Case No. 1:17-cv-02747-ARR-PK |

### JOINT STIPULATION OF DISMISSAL

Plaintiff, Blima Kraus, and Defendant, Capital Management Services, LP, through counsel, hereby stipulate that the above-captioned matter has been fully resolved by the parties and request that the Court dismiss the matter, with prejudice, with the parties to bear their respective costs and fees.

Respectfully submitted this 16th day of May, 2018.

| | |
|---|---|
| */s/ Adam J. Fishbein*<br>Adam J. Fishbein, Esq.<br>ADAM J. FISHBEIN, P.C.<br>735 Central Ave.<br>Woodmere, NY 11598<br>Tel: 516-688-6945<br>Email: fishbeinadamj@gmail.com<br>*Attorneys for Plaintiff* | */s/ Aaron R. Easley*<br>Aaron R. Easley, Esq.<br>SESSIONS, FISHMAN, NATHAN, AND ISRAEL, LLC<br>3 Cross Creek Dr.<br>Flemington, NJ 08822<br>Tel: 908-237-1660<br>Fax: 908-237-1663<br>Email: aeasley@sessionsl.legal<br>*Attorneys for Defendant* |

ORDERED THIS 17 DAY OF May, 2018

/s/ (ARR)

_____
HON. ALLYNE R. ROSS

1